IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACEY TROPP, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

PRAIRIE FARMS DAIRY, INC.,

    Defendant.

Case No. 20-cv-1035-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Prairie Farms Dairy, Inc. against plaintiff Stacey Tropp dismissing this case with prejudice.

| s/ R. Swanson, Deputy Clerk | 11/19/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |